[No. 40441-5-I.    Division One.    December 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-00349-2, Anthony P. Wartnik, J., entered March 19, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 15772-5-III.    Division Three.    December 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEJANDRO ZUNIGA LEMUS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-01907-8, Susan L. Hahn, J., entered May 2, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz and Kato, JJ.

[No. 15947-7-III.    Division Three.    December 23, 1997.]

THE GILBERT H. MOEN CO., *Appellant*, v. SPOKANE RIVER ASSOCIATES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-03613-5, Michael E. Donohue, J., entered June 28, 1996. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kurtz and Brown, JJ.

[No. 16155-2-III.    Division Three.    December 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL J. SAPP, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 96-1-00054-3, Ted W. Small, J., entered October 1, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kurtz and Kato, JJ.